**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 03-7338**

---

CALVIN JOHNSON,

                                    Petitioner - Appellant,

          versus

B. G. COMPTON, Warden,

                                    Respondent - Appellee.

---

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Samuel G. Wilson, Chief District Judge.  (CA-03-520-7)

---

Submitted:  December 18, 2003        Decided:  January 15, 2004

---

Before LUTTIG, SHEDD, and DUNCAN, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Calvin Johnson, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Calvin Johnson appeals from the district court's order dismissing without prejudice his 28 U.S.C. § 2241 (2000) petition. Our review of the record and the district court's opinion disclose no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Johnson v. Compton, No. CA-03-520-7 (W.D. Va. Aug. 12, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED